UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MR. STANLEY GILLIE,
    Plaintiff             \*
                            \*
V.                      \*    CIVIL ACTION NUMBER
                            \*    05-10295
ACUSHNET COMPANY, \*
    Defendant          \*

Referred to MJ JG Dein

## COMPLAINT

### Parties

1. The Plaintiff is a resident of Rumford, Rhode Island and a citizen of the United States.
2. The Defendant Acushnet Company is a resident of Fairhaven Massachusetts and a citizen of the United States.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. section 1331.

### Facts

4. Plaintiff was terminated from employment with defendant, Acushnet Company, on Friday, January 18, 2002.

5. Plaintiff is 69 years of age, born on November 23, 1932. Plaintiff successfully completed my job as can be seen by performance evaluations received all of which clearly show that he met the employer's job performance expectations. Plaintiff experienced adverse action by receiving little or no yearly merit pay increases, receiving a reduced discretionary bonus, relocation to a remote location where it was more difficult to conform to job expectations and finally discharged in a retaliatory fashion because Plaintiff filed an MCAD complaint against his supervisor. A younger person is now completing the work that plaintiff was previously doing.

6. Defendant violated Title VII of the Civil Rights Act of 1964 and Age Discrimination in Employment Act (29 U.S.C. section 621).

7. Clear examples where defendant discriminated against plaintiff because of his age are numerous.

8. Plaintiff seeks damages in the amount of $500,000 in damages plus court costs and attorney fees.

9. WHEREFORE, the Plaintiff demand judgment against the defendant for damages and such other relief as this Court deems just.

10. The plaintiff demands a trail by jury.

Stanley Gillie
136 Miller Avenue
Rumford, Rhode Island 02916

401-434-7932